```
              UNITED STATES BANKRUPTCY COURT
               NORTHERN DISTRICT OF GEORGIA
                      ATLANTA DIVISION
```

```
IN RE:                              ) CHAPTER 13
                                    )
RACHEL SHANNON CARTWRIGHT,          )
                                    ) CASE NO. 08-80188-REB
                                    )
      DEBTOR.                       )
```

### OBJECTION TO CONFIRMATION

COMES NOW ADAM M. GOODMAN, TRUSTEE herein, and objects to Confirmation of the Plan for the following reasons:

1. The Debtor's payments under the proposed Plan are not current.

2. The Debtor has failed to provide copies of all pay advices received within sixty (60) days of filing the instant case, in violation of 11 U.S.C. Section 521(a)(1)(B)(iv).

3. Wells Fargo Financial filed a secured and/or priority proof of claim; however, the Plan fails to provide treatment for said claim, in violation of 11 U.S.C. Sections 1322(a)(2) or 1325(a)(5).

4. The Debtor's Chapter 13 Plan fails to provide for an increase in payments when direct payments at $1,160.00 per month for husband's Chapter 13 play payment end; may show lack of good faith or create a disposable income problem in violation of 11 U.S.C. Sections 1325(a)(3) and 1325(b)(2)(A).

5. The Chapter 13 petition fails to include a debt owed to Eastside Medical Center, in violation of Bankruptcy Rule 1007(a)(1) and 11 U.S.C. Section 1325(a) (3).

6. The Debtor should provide proof of the non-filing spouse's $600.00 child support expenses and  $1,160.00 for non-filing spouse's Chapter 13 plan payment expenses reflected on Schedule J, in accordance with 11 U.S.C. Sections 1325(a)(3) and 1325(b)(1)(B).

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

    7.   Tax escrow slips have not been submitted, to reflect a self-employment tax withholding obligation of $250.00 per month; thereby, failing to substantiate the funding of post-petition obligations, 11 U.S.C. Section 1325(a)(6).

    8.   In accordance with General Order No. 9 and the annexed Statement of Rights and Responsibilities, the Debtor's attorney should timely provide proof of Debtor's non-filing spouse's $5,400.00 income to the Chapter 13 Trustee. 11 U.S.C. Sections 521(1), 1325(a)(3), 1325(a)(6), 1325(b)(1)(B) and Bankruptcy Rule 1007.

    9.   Debtor filed an unsworn declaration as Docket 11 that she received no wages or pay in the sixty (60) days prior to filing the case. However, pursuant to Debtor's testimony, Debtor received wages in this time period. The unsworn declaration should be withdrawn.

    10.   Debtor failed to disclose her husband as co-debtor on the residential mortgage on Schedule H.

    WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of the Debtor's Plan, and to dismiss the case.

December 8, 2008.

                                                   ____/s/_____
                                                   Mandy K. Campbell, Attorney
                                                   for Chapter 13 Trustee
                                                   GA Bar No. 142676

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

08-80188-REB

**CERTIFICATE OF SERVICE**

    This is to certify that I have this day served

DEBTOR:

    RACHEL SHANNON CARTWRIGHT
    630 BECKENHAM WALK DRIVE
    DACULA, GA 30019

ATTORNEY FOR DEBTOR:

    CLARK & WASHINGTON
    3300 NORTHEAST EXPRESSWAY
    #3-A
    ATLANTA, GA 30341

the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 8th day of December 2008.

        /s/
_____

Adam M. Goodman, Chapter 13 Trustee
Suite 200 - 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444