UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:  RACHEL SHANNON CARTWRIGHT  
630 BECKENHAM WALK DRIVE  
DACULA, GA  30019

IN RE:  
A08-80188-REB

**FINAL REPORT AND ACCOUNT**

SSN#1: XXX-XX-2450

This Case was  
Commenced on 10/07/2008

The Plan was  
Confirmed on

The Case was  
Concluded on 1/9/2009

Case Status:  Dismissed Prior To Confirmation

Your Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records are incorporated by reference in this report.

Dividend to Unsecured Creditors . . . 100.00%

Receipts:  Amount paid to the Trustee by or for the Debtor for the benefit of creditors . . . $0.00

DISBURSEMENTS TO CREDITORS:

| CREDITOR'S NAME | TYPE | CLAIM AMOUNT | PAID BY TRUSTEE | PAID DIRECT | PLAN BALANCE |
|---|---|---|---|---|---|
| EASTSIDE MED. CTR. CREDITORS BANF | U | 385.30 | 0.00 | 0.00 | 0.00 |
| EASTSIDE MED. CTR. CREDITORS BANF | U | 372.96 | 0.00 | 0.00 | 0.00 |
| eCAST SETTLEMENT CORP | U | 776.04 | 0.00 | 0.00 | 0.00 |
| MORTGAGE ELECTRONIC REGISTRATI( | G | 37,404.92 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL GA INC | S | 354.88 | 0.00 | 0.00 | 0.00 |
| WORLDWIDE ASSET PURCHASING II LI | U | 297.32 | 0.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | DEBTOR REF | TOTAL | TOTAL PAID + DIR PAY |
|---|---|---|---|---|---|---|
| AMT. ALLOW | $37,759.80 | $0.00 | $1,831.62 | $0.00 | $39,591.42 | |
| PRIN. PAID | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| INT. PAID | $0.00 | $0.00 | $0.00 | | $0.00 | |
| DIRECT PAY | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 |

OTHER DISBURSEMENTS UNDER ORDER OR COURT:

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| CLARK & WASHINGTON, ATTYS. | $3,750.00 | $0.00 |

A08-80188-REB    RACHEL SHANNON CARTWRIGHT

COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION:

| FILING EXPENSE | NOTICING EXPENSE | TRUSTEE EXPENSE | TOTAL |
|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 |

WHEREFORE, your Trustee shows this Court that the estate has been properly and fully administered in accordance with the requirements of the Bankruptcy Code and Rules, and the estate is ready for closing, and prays that a Final Decree be entered discharging the Trustee and closing the estate, and granting such other and further relief as the Court may deem just and proper.

/s/
Adam M. Goodman, Trustee
State Bar No. 300887